IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl Davis, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Sybrant Construction, LLC; et al.,<br><br>Defendants. | No. CV-15-02210-PHX-NVW<br><br>**ORDER** |

Having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. 19) and finding good cause;

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 19).

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for February 26, 2016.

IT IS FURTHER ORDERED that this matter is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

Dated this 2nd day of February, 2016.

Neil V. Wake
United States District Judge